| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Aaron E. De Leest<br>Marshack Hays Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620<br><br>949–333–7777<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br><br>The Litigation Practice Group P.C.<br><br><br><br><br>Debtor(s). | CASE NO.:  8:23–bk–10571–SC<br><br>CHAPTER:  11<br><br>---<br><br>ADVERSARY NUMBER: 8:26–ap–01041–SC |
|---|---|
| Richard A. Marshack<br><br><br>                                    Plaintiff(s)<br>                    Versus<br><br>Craig Hunter<br><br>**(See Attachment A for names of additional defendants)**<br>                                    Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **04/22/2026.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

 A status conference in the adversary proceeding commenced by the Complaint has been set for:

|  |  |
|---|---|
| **Date:** | **June 18, 2026** |
| **Time:** | **01:30 PM** |
| **Hearing Judge:** | **Scott C Clarkson** |
| **Location:** | **411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                            Page 1                            **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>March 23, 2026</u>

By: <u>    "s/" Nickie Bolte    </u>

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A. Marshack | Craig Hunter<br>Veritas Investigative Solutions, LLC<br>Strategic Business Partnerships, LLC<br>Lark Hill Investments, LLC |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

___See attachment._____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __03/23/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __03/23/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __03/23/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/23/2026 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* **F 7004–1.SUMMONS.ADV.PROC**

A true and correct copy of the foregoing document entitled (*specify*): **Continued**
1. **Complaint for: (1) Avoidance, Preservation, and Recovery of Fraudulent Transfers [11 U.S.C. §§ 544, 550, 551; Cal. Civ. Code §§ 3439.04(a)(1) and 3439.07]; (2) Avoidance, Preservation, and Recovery of Fraudulent Transfers [11 U.S.C. §§ 544, 550, 551; Cal. Civ. Code §§ 3439.04(a)(2), 3439.05, and 3439.07]; (3) Avoidance, Preservation, and Recovery of Fraudulent Transfers [11 U.S.C. §§ 548(a)(1)(A), 550, 551]; (4) Avoidance, Preservation, and Recovery of Fraudulent Transfers [11 U.S.C. §§ 548(a)(1)(B), 550, 551]; (5) Disallowance of Claims Held by Defendant [11 U.S.C. § 502(d)]; (6) Recission of the ESA [Cal. Civ. Code §§ 1566-1570, 1689, and 1691]; (7) Civil Extortion [Cal. Penal Code §§ 518-519]; (8) Conversion; (9) Breach of Fiduciary Duty; (10) Aiding and Abetting Breach of Fiduciary Duty; (11) Aiding and Abetting Fraud; (12) Restitution; and (13) Recovery of Attorney's Fees [DK 1]**
2. **Adversary Proceeding Cover Sheet [DK 1-1]**
3. **Early Meeting of Counsel and Status Conference Instructions [DK 2]**
4. **(Issued and Executed) Another Summons and Notice of Status Conference [DK 2-1]**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Continued**
- ATTORNEYS FOR PLAINTIFF: Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- ATTORNEYS FOR PLAINTIFF: Chad V Haes     chaes@marshackhays.com, chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- ATTORNEYS FOR PLAINTIFF: D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- PLAINTIFF: Richard A Marshack (TR)     pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:  **Continued**

**Defendant**
Craig Hunter
2631 Sporting Hill Bridge Rd
Thompsons Station, TN 37179-5386

**Defendant**
Veritas Investigative Solutions, LLC
Attn: General Counsel, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process
18543 Yorba Linda Blvd. #192
Yorba Linda, CA 92886

**Defendant**
Veritas Investigative Solutions, LLC
Attn: Craig Hunter, CEO and Registered Agent, or General Counsel, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process
952 Alamo Pintado Road
Solvang, CA 93463-9762

**Defendant**
Veritas Investigative Solutions, LLC
Attn: Craig Hunter, CEO and Registered Agent, or General Counsel, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process
2631 Sporting Hill Bridge Rd
Thompsons Station, TN 37179-5386

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Defendant**
Strategic Business Partnerships, LLC
Attn: General Counsel, or CEO, or Officer, Managing or
General Agent, or any Other Agent Authorized to Receive
Service of Process
23 Corporate Plaza Drive, Suite 150-88
Newport Beach, CA 92660

**Defendant**
Strategic Business Partnerships, LLC
Attn: Anderson Registered Agents, or General Counsel, or
CEO, or Officer, Managing or General Agent, or any Other
Agent Authorized to Receive Service of Process
23 Corporate Plaza Drive, Suite 150-88
Newport Beach, CA 92660

**Defendant**
Lark Hill Investments, LLC
Attn: Anderson Registered Agents, or General Counsel, or
CEO, or Officer, Managing or General Agent, or any Other
Agent Authorized to Receive Service of Process
1716 Capital Ave, Suite 100
Cheyenne, WY 82001

**Defendant**
Strategic Business Partnerships, LLC
Attn: General Counsel, or CEO, or Officer, Managing or
General Agent, or any Other Agent Authorized to Receive
Service of Process
18543 Yorba Linda Blvd. #192
Yorba Linda, CA 92886

**Defendant**
Lark Hill Investments, LLC
Attn: General Counsel, or CEO, or Officer, Managing or
General Agent, or any Other Agent Authorized to Receive
Service of Process
18543 Yorba Linda Blvd. #192
Yorba Linda, CA 92886

**Courtesy Copy**
**Attorneys for Defendants**
James P. Menton, Jr., Esq.
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

**3. SERVED BY PERSONAL DELIVERY: Continued**
Via Personal Delivery
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.